

July 20, 2023

**Re:   *Certificate of good standing***

To Whom It May Concern:

I am writing to request a Certificate of Good Standing for myself:

Name:        Adam Steinbaugh
Bar ID:       326475 (Pennsylvania)
Admitted:   March 1, 2022

If I can be of any assistance, please do not hesitate to ask.

Sincerely,

Adam Steinbaugh*
Attorney
FOUNDATION FOR INDIVIDUAL RIGHTS
        AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473, ext. 213
adam@thefire.org

*This attorney is a member of the Pennsylvania and California bars*