

July 27, 2023

***Via* ECF Filing**
The Eastern District of Pennsylvania
Attn: Clerk's Office
601 Market Street
Philadelphia, Pennsylvania 19106

RE: Request for Certificate of Good Standing

To Whom it May Concern:

I am writing to request at Certificate of Good Standing for myself, Adam Blair Steinbaugh (Pennsylvania Bar Attorney ID 326475; admitted on 11/02/2018). Please contact me by phone (215) 717-3473, ext. 213, or email, adam@thefire.org, if you need any additional information. Thank you for your assistance in this matter.

Sincerely,

Adam B. Steinbaugh
Attorney
FOUNDATION FOR INDIVIDUAL RIGHTS
     AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473, ext. 213
adam@thefire.org

*\* This attorney is a member of the Pennsylvania bar*