

**One Logan Square**
27th Floor
Philadelphia, PA 19103-6933
215.568.0300/facsimile

www.hangley.com

PHILADELPHIA, PA
CHERRY HILL, NJ
HARRISBURG, PA
PLYMOUTH MEETING, PA

Thomas N. Brown
Direct Dial: 215.496.7037
E-mail: tbrown@hangley.com

September 18, 2023

<u>**VIA ECF**</u>

U.S. District Court for the Eastern District
 of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

   **RE: Certificate of Good Standing – Thomas N. Brown**

Dear Sir/Madam:

  I am writing to request a Certificate of Good Standing for:

> **Thomas N. Brown**
> **Attorney I.D. No.:  321008**
> **Date of Admission: 12/19/2016**

  Thank you for your assistance.

          Very truly yours,

          */s/ Thomas N. Brown*

          Thomas N. Brown

TNB/lme