

ROBERT M. SILVERMAN+*-
CRAIG THOR KIMMEL+-^

+ *Member, PA Bar*
* *Member, NJ Bar*
x *Member, DE Bar*
- *Member, NY Bar*
^ *Member, MA Bar*
# *Member, MD Bar*
♦ *Member, OH Bar*
□ *Member, NH Bar*
± *Member, CT Bar*
" *Member, TN Bar*
µ *Member, WY Bar*
¥ *Member, DC Bar*
¢ *Member, CA Bar*
° *Member, WI Bar*
§ *Member FL Bar*
ª *Member, AZ Bar*
"*Member, TX Bar*
§*Member, MI Bar*
£*Member, WV Bar*
&*Member, IL Bar*
>*Member, IN Bar*

JACQUELINE C. HERRITT-+*#-O°♦
ROBERT A. RAPKIN+
ANGELA K. TROCCOLI□±
JASON L. GRESHES +*-^
CHAD P. DOMAN£ ♦
JACOB U. GINSBURG+*§
BLAKE K. WALSH"&>"
MARY HIGGINS* x
JOHNNY GRULLON *
LENNY BUSH, Of Counsel ¢

**1-800-LEMON LAW**

www.lemonlaw.com

CORPORATE HEADQUARTERS
30 E. Butler Avenue
Ambler, PA 19002
P  (215) 540-8888
F  (215) 540-8817

**WESTERN PA OFFICE**, 100 Ross Street, Suite 330, Pittsburgh, PA 15219, P (412) 566-1001, F (215) 540-8817

**NEW JERSEY OFFICE**, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003, P (856) 751-4152, F (856) 216-7344

**DELAWARE OFFICE**, Commonwealth Building, 260 Chapman Road, Suite 201, Newark, DE  19702, P (302) 525-6607, F (302) 525-6618

**NEW YORK OFFICE**, 1180 Avenue of the Americas, 8th Floor, New York, NY 10036, P (212) 719-7543, F (877) 617-2515

**BUFFALO, NY OFFICE**, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209, P (716) 332-6112, F (800) 863-1689

**OHIO OFFICE**, 4031 Colonel Glenn Highway, Suite 450, Beavercreek, OH 45431, P (937) 306-7220, F (215) 540-8817

**SAN FRANCISCO, CA OFFICE**, 1160 Battery Street East, Suite 100, #1099 San Francisco, CA 94111, P (415) 947-7827, F (215) 540-8817

**SAN DIEGO, CA OFFICE**, 101 West Broadway, Suite 300 PMB, #344 San Diego, CA 92101, P (619) 785-3003, F (215) 540-8817

**LOS ANGELES, CA OFFICE**, 811 Wilshire Boulevard, Suite 1700-241, Los Angeles, CA 90017, P (213) 340-7770, F (215) 540-8817

**PLEASE REMIT ALL CORRESPONDENCE TO THE AMBLER OFFICE**

October 11, 2023

RE: Certificate of Good Standing

To Whom It May Concern:

I am requesting a Certificate of Good Standing for the United States District Court for the Eastern District of Pennsylvania for myself, Jason Lewis Greshes.

Please do not hesitate to reach me if you have any questions, 215-540-8888x123.

Very truly yours,
/s/
Jason L. Greshes

Enclosure
JLG/mm